IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN JERMAINE JACKSON,

    Plaintiff,

v.

CHIEF JUSTICE AT STATE SUPREME
COURT and WHITE HOUSE OF USA,

    Defendants.

ORDER

Case No. 14-cv-209-bbc

    Plaintiff John Jermaine Jackson has filed a proposed civil complaint, alleging that Defendants have violated his rights. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.
- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.
- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.
- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.
- Substantial assets or debts require individual consideration.

    In this circumstance, plaintiff has no dependents and is currently unemployed. Plaintiff receives approximately $9,600 in social security benefits per year. Plaintiff has no

substantial assets. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff John Jermaine Jackson for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether this case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 19th day of March, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge