IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. JACKSON,

      Plaintiff,                                                                   JUDGMENT IN A CIVIL CASE

v.                                                                                               14-cv-209-bbc

CHIEF  JUSTICE  STATE  SUPREME  COURT
and WHITE HOUSE OF USA,

      Defendants.

      This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

      IT  IS  ORDERED  AND  ADJUDGED  that  judgment  is  entered  in  favor  of

defendants dismissing this case as frivolous.


/s/                                                                                 3/26/2014

Peter Oppeneer, Clerk of Court                                       Date